441 A.2d 1214

**COMMONWEALTH of Pennsylvania**

v.

**Jeanette KNIGHTON, I. Abdul Jon a/k/a Michael Jones, Appellants.**

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 10, 1982.

Michael Jones, in pro. per.

Jeanette Knighton, in pro. per.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Mark S. Gurevitz, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM.

Judgments of Sentence affirmed.